# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-1033

_____

James Arthur Cockhren; Margaret Louise Cockhren

*Plaintiffs - Appellants*

v.

H. Raymond Terpstra, II

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa, Waterloo

_____

Submitted: August 18, 2015
Filed: August 21, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

James Cockhren and Margaret Cockhren appeal the district court's[1] dismissal
of their pro se complaint against an attorney. In their complaint, they asserted claims

---

[1]The Honorable Edward J. McManus, United States District Judge for the
Northern District of Iowa.

under the Truth in Lending Act, a state-law claim for breach of fiduciary duties, and a state-law claim for loss of consortium.  After careful de novo review, see Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review), we conclude that the complaint failed to state a claim, see 15 U.S.C. § 1602(g) (defining "creditor" under Truth in Lending Act); Shivvers v. Hertz Farm Mgmt., Inc., 595 N.W.2d 476, 479 (Iowa 1999) (discussing attorney's duty of care); Huber v. Hovey, 501 N.W.2d 53, 57 (Iowa 1993) (discussing loss-of-consortium claim under Iowa law); see also Fullington v. Pfizer, Inc., 720 F.3d 739, 747 (8th Cir. 2013) (court of appeals may affirm on any basis supported by record).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____